CHRISTIANSEN, by guardian *ad litem,* Appellant, vs. INDUS-TRIAL COMMISSION and others, Respondents.

For the appellant: *Thompson, Myers & Helm* of Racine.

For the respondent Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents Jorgenson Construction Company and others: *Quarles, Spence & Quarles,* attorneys, and *Arthur Wickham* and *Jefferson Burrus* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

HEINEMANN, Respondent, vs. HALL, Appellant.

For the appellant: *F. E. Bachhuber* of Wausau.

For the respondent: *Bird, Smith, Okoneski & Puchner* of Wausau.

*By the Court.*—Judgment affirmed.

ALBERT PAPER & PRODUCTS COMPANY, Plaintiff, vs. SCHMIDT, Receiver, Respondent: BYRNE BROTHERS COMPANY, Impleaded, Appellant.

For the appellant: *Lehr & Treis,* attorneys, and *J. Elmer Lehr* of counsel, all of Milwaukee.

For the respondent: *W. G. Cavanaugh, Jr.,* of Milwaukee.

*By the Court.*—Orders affirmed.